PD-1695-15

NO. 09-13-00476CR
In the
Austin Tx

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

V

The STATE OF TEXAS

From APPEAL No. 09-13-00476-CR

TRIAL CAUSE No. 12-05-05642-CR
Montgomery County

First MOTION FOR EXTENTION OF TIME TO FILE
PETITION FOR DESCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF THE
COURT OF CRIMINAL APPEALS:

Comes now, SAM E. Allen, PETITioner, and files
this motion for an extention of Ninty (90) Days
in which to file a Petition FOR Discretionary Review.
In support of this motion, appellant Shows the court
the following
The Petitioner was convicted in the 221st District Court
of Montgomery County, Texas of the offense of Possession
of Marijuana in the Cause No. 12-05-05642-CR, styled
State of Texas V Sam Ellis Allen. The Petitioner appealed to
the one Court of Appeals, Ninth District of Texas at Beaumont.
The case was affirmed on October 28, 2015

The present deadline for filing the Petition for Discretionary Review is (30 days) November 27, 2015. The Petitioner has not requested any extention prior to this Request.

Petitioners request for an extention is based upon the Following Facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until November 3, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter

His attorney on the appeal, Christopher Beck, has informed petitioner that he will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grant his Motion and extend the Deadline for filing the Petition for Descretionary Review in Couse No. 12-05-05642 CR to Ninety (90) days.

Petitioner, Pro Se : Sam Ellis Allen

Texas Department of Criminal Justice

Institutional Division

Polunsky Unit

TDCJ # : 01892221

Livingston, Tx. 77351

12-23-15

Clerk of Court of Criminal Appeals
Mr. Abel Acosta,

      Inclosed you will find my motion for extension of time for my PDR (Petition for Discretionary Review). Please take note Sir, that this Motion was sent in a timely manner, on or about November 16, 2015, within the prescribed time for a request. (See envelope inclosed with motion) The envelope and motion were sent back to me December 21, 2015, your assistance in rectifying this situation is appreciated, thank you.

Sincerely,

Sam Ellis Allen
TDCJ#: 01892221
TDCJ Housing: 4-1-17B

Ramsey I Unit
1100 FM 655
Rosharon, Tx. 77583

Sam E. Allen
Ramsey I-01892221
1100 FM 655
Rosharon, TX 77583

NORTH HOUSTON TX 773

23 DEC 2015 PM 9 L

Clerk Abel Acosta
Court Of Criminal Appeals
Supreme Court Bldg
201 W 14th St, Rm 106
PO Box 12308, Capitol Sta.
Austin, Texas 78761-1445

FOREVER